UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KAHENE PETERKIN, | |
|---|---|
| Plaintiff, | 19-CV-7819 (CM) |
| -against- | ORDER OF DISMISSAL |
| QUICK CHILL FOOD SERVICES, *et al.*, | |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

On November 27, 2019, the Court received the attached letter from Plaintiff advising the Court that he wishes to withdraw his complaint. ECF 1:19-CV-7819, 9. Accordingly, the Court grants Plaintiff's request to withdraw this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The complaint is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: December 3, 2019
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge